PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marcus Morgan　　　　　　　　　　　　　　Cr.: 18-00676-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 4963943

Name of Sentencing Judicial Officer:　　THE HONORABLE KATHARINE S. HAYDEN
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/22/2019

Original Offense:　　Count One: Unlawful Transport of Firearms - Etc. 18 U.S.C. § 922(g)(1)

Original Sentence: 38 Days imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Location Monitoring Program, Other Condition, Education/Training Requirements

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 05/22/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On August 27, 2019, the offender provided a urine sample which yielded positive results for Oxycontin and Marijuana |

U.S. Probation Officer Action:

On September 3, 2019, the offender was referred to Integrity House for individual and group substance abuse counseling.

Respectfully submitted,

By: Jessica M. Alberts
Senior U.S. Probation Officer
Date: 09/03/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/5/19
Date